**Appeal Dismissed and Memorandum Opinion filed March 26, 2026.**



In The

# Fifteenth Court of Appeals

_____

## NO. 15-26-00025-CV
_____

**RAFAEL PIZANA III; AND LESLIE ROAD ENTERTAINMENT SAN ANTONIO, L.LC., Appellants**

**V.**

**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS; AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS, Appellees**

**On Appeal from the 126th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-24-010184**

## MEMORANDUM OPINION

This is an appeal from an order signed on December 5, 2025, granting Appellees' plea to the jurisdiction. The notice of appeal was filed on January 5, 2026. On January 30, 2026, we notified Appellants that this appeal is subject to dismissal unless the appellate filing fee was paid on or before February 9, 2026. *See* TEX. R. APP. P. 5, 12.1(b), 44.3; TEX. GOV'T CODE ANN. § 51.207. On

February 18, 2026, Appellants requested an extension of time to pay the filing fee, which we granted, giving Appellants until March 10, 2026, to pay the filing fee. We again stated that the appeal was subject to dismissal without further notice for failure to comply. To date, Appellants have not paid the appellate filing fee.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c), 43.2(f).


PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.